**DISMISS and Opinion Filed August 29, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00436-CV

### KENNETH R. STEWART, Appellant
### V.
### TRINITY RIVER AUTHORITY, UP_G_KUK, INC., AND
### KUK JA STEWART, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-01338-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

On July 11, 2023, we sent a letter to the parties questioning our jurisdiction and requested jurisdictional briefing by July 21, 2023. In our letter, we warned appellant that the appeal was subject to dismissal without further notice should he fail to file the requested letter brief. To date, appellant has not filed the requested letter brief. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230436F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KENNETH R. STEWART, Appellant

No. 05-23-00436-CV     V.

TRINITY RIVER AUTHORITY, UP_G_KUK, INC., AND KUK JA STEWART, Appellees

On Appeal from the County Court at Law No. 4, Dallas County, Texas

Trial Court Cause No. CC-22-01338-D.

Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered August 29, 2023